No. 03–10072. FROELICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 03–10074. HORN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 03–10075. GONZALEZ-EDEZA, AKA PELAEZ-MORGAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 03–10076. GARCIA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 03–10077. FAULKNER ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 03–10078. HELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 03–10081. GREEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 03–10083. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10087. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 03–10092. YOUNG v. DODRILL, WARDEN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–10094. FREEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 03–10105. VILLEGAS-ZAPATA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 03–10125. OKEH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10126. MORALES-MERCED v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–836. COLORADO v. MILLER. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮